```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 05624
    SHIRLEY M BATTS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6486


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/10/2008 and was not confirmed.

      The case was dismissed without confirmation 06/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------

CHASE HOME FINANCE LLC    CURRENT MORTG          .00             .00              .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE          .00             .00              .00
ALLSTATE INSURANCE COMPA  UNSECURED         NOT FILED            .00              .00
CASHNET USA               UNSECURED         NOT FILED            .00              .00
PORTFOLIO RECOVERY        UNSECURED            230.02            .00              .00
CINGULAR WIRELESS         UNSECURED         NOT FILED            .00              .00
COMMONWEALTH EDISON       UNSECURED            487.69            .00              .00
DIRECT TV                 UNSECURED         NOT FILED            .00              .00
GENEVA ROTH VENTURES      UNSECURED         NOT FILED            .00              .00
HSBC                      UNSECURED            987.80            .00              .00
PAYDAY LOAN SYSTEM        UNSECURED         NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED            .00              .00
TRINSIC                   UNSECURED         NOT FILED            .00              .00
HSBC AUTO FIN             SECURED VEHIC          .00             .00              .00
HSBC                      UNSECURED         NOT FILED            .00              .00
HOUSEHOLD MORTGAGE SERVI  CURRENT MORTG          .00             .00              .00
HOUSEHOLD MORTGAGE SERVI  MORTGAGE ARRE      3200.00             .00              .00
HSBC AUTO FIN             SECURED NOT I     24516.50             .00              .00
HSBC MORTGAGE SERVICES    CURRENT MORTG          .00             .00              .00
HSBC MORTGAGE SERVICES    SECURED NOT I          .00             .00              .00
MORRISON & MIX            DEBTOR ATTY            .00                              .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05624 SHIRLEY M BATTS
```

```
DEBTOR REFUND                                                          .00
                                         ---------------    ---------------
TOTALS                                              .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 09/24/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE